IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CRIMINAL NO.  05-30119-GPM |
| | ) |
| **CARVONTAE D. WASHINGTON,** | ) |
| | ) |
| **Defendant.** | ) |

# ORDER

**MURPHY, Chief District Judge:**

This matter is before the Court on an application to proceed *in forma pauperis* on appeal. Although the motion does not attach a financial affidavit, the Court recalls from the recent sentencing hearing that Defendant is without significant monetary resources. Moreover, the motion asserts that he is "totally without funds or resources of any nature to enable him to obtain a transcript on appeal or to pay any expenses incidental to said appeal."

After careful consideration, the Court **GRANTS** the motion to proceed *in forma pauperis* on appeal (Doc. 43). Defendant may proceed on appeal without prepaying or giving security for fees and costs. The Court likewise **DIRECTS** the Court Reporter to prepare the transcripts of any proceedings in this case at the expense of the United States. Counsel shall contact the Official Court Reporter, Molly Clayton (618/482-9226), to request the transcripts needed for the appeal.

**IT IS SO ORDERED.**

DATED:  04/25/06

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge
